UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LASHAWN LEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-705 (RBW) |
| ) | |
| GEORGETOWN UNIVERSITY ) | |
| HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that with respect to the plaintiff's religious discrimination claim under the DCHRA, the defendants' motion for summary judgment is DENIED. It is further

**ORDERED** that with respect to all other claims made by the plaintiff, the defendants' motion for summary judgment is GRANTED. It is further

**ORDERED** that the plaintiff's religious discrimination claim under the DCHRA is remanded back to the Superior Court of the District of Columbia.

**SO ORDERED** this 4th day of May, 2006.


REGGIE B. WALTON
United States District Judge