UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LASHAWN LEMMONS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-705 (RBW) |
| GEORGETOWN UNIVERSITY HOSPITAL, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the plaintiff's motion for reconsideration is DENIED. It is further

**ORDERED** that the defendants' motion for reconsideration is DENIED. It is further

**ORDERED** that this matter shall be remanded forthwith to the Superior Court of the District of Columbia for the adjudication of the plaintiff's remaining claim.

**SO ORDERED** this 1st day of March, 2007.

REGGIE B. WALTON
United States District Judge